United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL CADIEUX,

               Plaintiff,

      v.

PERMASTEELISA NORTH AMERICA
CORP.,

            Defendant.

Case No. 20-cv-06618-SK

**ORDER OF CONDITIONAL
DISMISSAL**

Regarding Docket No. 11

      Plaintiff filed a notice of settlement in which he advised the Court that the above captioned matter has settled and that the parties anticipate filing a stipulation of dismissal within thirty days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within sixty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be with prejudice.

      **IT IS SO ORDERED**.

Dated: January 20, 2021

SALLIE KIM
United States Magistrate Judge